IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-41 Erie |
| | ) |
| PAMELA DOLORES BARNETT | ) Electronically File |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of September, 2005, upon consideration of the defendant's Motion to Continue Sentencing Date, it is hereby ORDERED, ADJUDGED and DECREED that said motion is granted. The sentencing date shall be continued from October 5, 2005 to _____, 2005 at _____ _.m.

BY THE COURT,

_____
Maurice B. Cohill
United States District Judge