IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-41 Erie |
| | ) |
| PAMELA DOLORES BARNETT | ) Electronically File |

### ORDER OF COURT

AND NOW, to-wit, this 22nd day of September, 2005, upon consideration of the defendant's Motion to Continue Sentencing Date, it is hereby ORDERED, ADJUDGED and DECREED that said motion is granted. The sentencing date shall be continued from October 5, 2005 to NOVEMBER 30, 2005 at 10:00 A.m.

BY THE COURT,

Maurice B. Cohill
United States District Judge