

# GAUDENZIA ERIE, INC.
## ...a new beginning

414 W. 5th St. • Erie, PA 16507 • 814/459-4775 • Fax: 814/453-6118 • www.GaudenziaErie.org

11-16-05

Dear Attorney Ambrose,

This letter is to verify that Pamela Barnett was seen for intake at our facility on 10-27-05 for Outpatient Treatment Services. She attended treatment activities on the following dates: 11-3-05, 11-7-05, 11-9-05, 11-10-05, 11-15-05 and 11-16-05. She presents with a positive attitude and good attendance.

Gaudenzia Erie Outpatient Services addresses the needs of chemically dependent adults and provides specialized programs to meet the varied needs of the community. Strong emphasis is placed on responsibility, stability, improved life skills, and development of a comprehensive support system through AA and /or NA. The counseling staff, work closely with other community agencies and private practitioners to provide a comprehensive network of services for the client.

Outpatient Services serves individuals aged 18 and over. This drug-free program for adults experiencing problems with substance abuse, include individual and group counseling sessions held weekly. Individualized treatment plans are designed to meet individual client needs. Every effort is made to involve family members in the treatment process.

Sincerely,

*Jane Mathewson-Everett MA*

Jane Mathewson-Everett MA
Outpatient Services

EXHIBIT A

DETOXIFICATION ♦ RESIDENTIAL TREATMENT ♦ DUAL DIAGNOSIS ♦ SHOUT OUTREACH ♦ COMMUNITY HOUSE
PARTIAL DAY TREATMENT ♦ OUTPATIENT TREATMENT ♦ DR. DANIEL S. SNOW HALFWAY HOUSE