MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

UNITED STATES OF AMERICA

               Plaintiff

vs.                    No. CRIM 04-41 ERIE

PAMELA DOLORES BARNETT (6)

               Defendant

HEARING ON SENTENCE

Before Judge MAURICE B. COHILL, JR.

Christian Trabold, AUSA          Patricia A. Ambrose, Esq.

*Appear for Plaintiff*          *Appear for Defendant*

Hearing begun 10:00   11-30-05     Hearing adjourned to ———

Hearing concluded C.A.V. 10:30 11-30-05     Stenographer Mickey Powers

WITNESSES:

*For Plaintiff*          *For Defendant*

Advisory USSG Range: O.L. 4, Cat. II, 6-12 mo. imprisonment; NMT 3 yrs. probation; 2-3 yr. S.R., fine $500 - $5,000; restitution. Judgment imposed: 3 yrs probation; $1,004 restitution to Robert Butterfield; 6 mo. home confinement; fine waived; special conditions; S.A. $100. Cts 43, 44, 45 Dismissed on Govt Motion