Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

'06 NOV -3 P 4:19

**U.S.A. vs. PAMELA DOLORES BARNETT**         **Docket No. 04-00041-006 ERIE**

CLERK
Petition on Probation
U.S. DISTRICT COURT

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Pamela Dolores Barnett, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 30th day of November 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall participate in an alcohol aftercare treatment program, which may include urine testing, at the direction of the probation officer.
- The defendant shall not consume alcohol.
- The defendant shall be placed on home detention for a period of six months, to commence at the direction of the Probation Office.
- The defendant shall pay $1,004 in restitution.
- The defendant shall pay restitution at the rate of not less than $30 per month
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.
- The defendant shall pay to the United States a special assessment of $100.

11-30-05:     Conspiracy to Commit Mail Fraud; Sentenced to 3 years' probation; Currently supervised by U.S. Probation Officer David J. Conde.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    Your Petitioner reports that on October 13, 2006, Mrs. Barnett was approached by the Erie Police Department after she left the 911 Tavern and appeared to be visibly intoxicated. The Erie Police Department contacted the Pennsylvania Board of Probation and Parole, and they responded to the scene. Ms. Barnett was transported by the Pennsylvania Board of Probation and Parole to Millcreek Community Hospital for detoxification. On October 16, 2006, Ms. Barnett advised the Probation Office that she used alcohol on October 13, 2006, was stopped by the police, and was intoxicated. Ms. Barnett acknowledged that she was not permitted by the Court to consume alcohol.

U.S.A. vs. Pamela Dolores Barnett
Docket No. 04-00041-006 Erie
Page 2

On October 19, 2006, Ms. Barnett signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision (enclosed), in which she agreed to the following modification of supervision: The probationer shall participate in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center Program, until released by the program review team, for a period not to exceed 180 days.

PRAYING THAT THE COURT WILL ORDER that the probationer participate in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center program until released by the program review team for a period not to exceed 180 days.

ORDER OF COURT

Considered and ordered this 7th day of Nov., 20 06 and ordered filed and made a part of the records in the above case.

_Maurice B. Cohill, Jr._
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 4, 2006

_David J. Conde_
U.S. Probation Officer

_Gerald R. Buban_
Gerald R. Buban
Supervising U.S. Probation Officer

Place:   Erie, PA