IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
 )
vs. ) Criminal Number 04-41E-6
 )
PAM BARNETT )

The above named defendant satisfied the judgment of NOVEMBER 30, 3005 by paying on JULY 3, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____ 7-27-07
Deputy Clerk                              Date