Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. PAMELA DOLORES BARNETT     Docket No. 04-00041-006 ERIE

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Pamela Dolores Barnett, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 30th day of November 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall participate in an alcohol aftercare treatment program, which may include urine testing, at the direction of the probation officer.
- The defendant shall not consume alcohol.
- The defendant shall be placed on home detention for a period of six months, to commence at the direction of the Probation Office.
- The defendant shall pay $1,004 in restitution.
- The defendant shall pay restitution at the rate of not less than $30 per month.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.
- The defendant shall pay to the United States a special assessment of $100.

11-30-05: Conspiracy to Commit Mail Fraud; Sentenced to 3 years' probation; Currently supervised by U.S. Probation Officer Specialist David J. Conde.

11-07-06: Order, Judge Cohill, probation conditions modified to include participation in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center Program for a period of up to 180 days.

U.S.A. vs. Pamela Dolores Barnett
Docket No. 04-00041-006 Erie
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the probationer has violated the following conditions of her probation:

**The defendant shall not commit another federal, state, or local crime.**

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

March 3, 2008, Ms. Barnett was arrested and charged by the Erie Police Department with Burglary and Possession of Drug Paraphernalia. According to the police report, Ms. Barnett was accused of burglarizing a residence located at 908 Hess Avenue. According to the police report, the victim awoke to find Ms. Barnett in his home. When confronted, she exited the residence with several plastic bags in her possession. It was not until later that the victim realized that his computer speakers and several DVDs were missing. Ms. Barnett was arrested several hours later and was positively identified by the victim as the woman who he confronted in his residence. At the time of her arrest, police found her holding a lighter and a crack pipe. On June 24, 2008, Ms. Barnett pled guilty to the charge of Burglary and the charge of Possession of Drug Paraphernalia was nolle prossed. The case is docketed at Erie County Court of Common Pleas, Criminal No. 771 of 2005. On August 19, 2008, Ms. Barnett was sentenced to 48 to 96 months' state custody.

PRAYING THAT THE COURT WILL ORDER that the probationer appear in Federal Court, Courtroom A, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on **October 15, 08** at **9:00 a.m.** to show cause why supervision should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered 2nd day of Sept., 2008 and ordered filed and a part of the records in the above case. | Executed on August 27, 2008 |
| _____ Senior U.S. District Judge | _____ David J. Conde U.S. Probation Officer Specialist |
|  | _____ Stephen A. Lowers Supervising U.S. Probation Officer |
|  | Place: Erie, PA |