IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA        )
                                )
            v.                  )   Criminal No. 04-41 Erie
                                )
PAMELA DOLORES BARNETT          )
```

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1.   Name of Detainee:  Pamela Dolores Barnett, 1992, Year of Birth: 1956, African American, Female.

2.   Detained by:  Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3.   Detainee pled guilty in this district on June 23, 2005 to violating Title 18, United States Code, Section 371 and was sentenced on November 30, 2005 to three years probation.

4.   Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, serving a sentence on a state charge.

5.   The above case is set for a probation revocation hearing at Erie, Pennsylvania on October 15, 2008, at 9:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6.   The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

Sept. 8, 2008
DATE

Maurice B. Cohill, Jr.
SENIOR UNITED STATES DISTRICT JUDGE

cc:  United States Attorney